FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

EASTERN DIVISION

99 JUL 21 PM 4: 50

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 99-N-0565-E |
| | ) | |
| JONATHAN C. BROOKS and | ) | |
| ALESIA K. BROOKS WALDRUP, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
JUL 21 1999

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Alesia K. Brooks Waldrup, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on June 10, 1999; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant, Alesia K. Brooks Waldrup, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant, Alesia K. Brooks Waldrup, is indebted to Plaintiff in the principal sum of $7,695.44, U.S. Marshal costs of $64.80, court costs of $150.00 pursuant to 28 U.S.C. § 2412 (a)(2), accrued interest of $837.99 as of July 14, 1999, and

at the rate of 4% per annum until date of judgment, plus interest at the prevailing legal rate from the date of judgment.

    4. Plaintiff is due to recover from Defendant, Alesia K. Brooks Waldrup, the sum of $8,748.23, plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

    Done this the __21st__ day of JULY, 1999.

                                         _____
                                          UNITED STATES DISTRICT JUDGE